

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-497-1BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| FATHY AHMED NASSER ALMALIKIE ) | |
| a/k/a "Mojahad Mayd" ) | |

The Grand Jury charges that:

## COUNT ONE

On or about August 1, 2016, in the Eastern District of North Carolina, the defendant, FATHY AHMED NASSER ALMALIKIE, also known as "Mojahad Mayd," did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

[remainder of page intentionally left blank]

## COUNT TWO

On or about May 8, 2018, in the Eastern District of North Carolina, the defendant, FATHY AHMED NASSER ALMALIKIE, also known as "Mojahad Mayd," did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_12/11/19_
DATE

ROBERT J. HIGDON
United States Attorney

_Sebastian Kielmanovich_
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2